UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

National City Bank,　　　　　　　　　　　　Court File No. 09-2412 (PAM/FLN)

　　　　　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　**ORDER OF DISMISSAL WITHOUT PREJUDICE**

William J. Krieger and Janet Krieger,

　　　　　　Defendants.

Based upon the stipulation of the parties, this matter is hereby dismissed without prejudice and without further cost to either party.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　BY THE COURT:

Dated: January 14, 2010　　　　　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　　Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　　　　United States District Court Judge